# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **DENISE YANELLI,** | ) |
| Plaintiff. | ) Case No.:  2:19-cv-03501-MAK |
| v. | ) |
| **CAPITAL ONE BANK, N.A.,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: December 20, 2019         By: */s/ Amy L. B. Ginsburg*
                                  Amy L. B. Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

>Elanor A. Mulhern, Esquire
>Ballard Spahr, LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103
>mulherne@ballardspahr.com
>Attorney for Defendant

Dated: December 20, 2019         By: */s/ Amy L. B. Ginsburg*
                                     Amy L. B. Ginsburg, Esquire
                                     Kimmel & Silverman, P.C.
                                     30 E. Butler Pike
                                     Ambler, PA 19002
                                     Phone: (215) 540-8888
                                     Fax: (877) 788-2864
                                     Email: aginsburg@creditlaw.com