# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DENISE YANELLI | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-3501 |
| CAPITAL ONE BANK, N.A. | : |

## ORDER

**AND NOW**, this 20th day of December 2019, upon considering the parties Notice of Settlement (ECF Doc. No. 14), it is **ORDERED**:

1. This action is **DISMISSED** under agreement of counsel and Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court shall mark this matter **CLOSED.**

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).